UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH DECRISCIO,<br><br>　　　　Defendant. | CR No. 20CR00039-FMO<br><br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 371: Conspiracy] |

　　　The United States Attorney charges:

[18 U.S.C. § 371]

A.　<u>INTRODUCTORY ALLEGATIONS</u>

　　　At times relevant to this Information:

　　　1.　The Boeing Company ("Boeing") was a Delaware Corporation with its headquarters and principal place of business in Chicago, Illinois. Boeing's business included the research, development, manufacture, and sale of the C-17 aircraft. Boeing sold C-17 aircraft and parts to United States government agencies, including the United States Air Force. Boeing Defense, Space, and Security ("BDS") was a subsidiary of Boeing operating in Long Beach, California, within the Central District of California.

2. As "prime contractors" to the United States government, Boeing and BDS entered into contracts with the United States government to provide supplies, materials, equipment, and services.

3. BDS employed defendant JOSEPH DECRISCIO as a procurement agent located in Long Beach, California, within the Central District of California. Defendant DECRISCIO procured items and services from subcontractors, which Boeing and BDS then provided to the United States government and other customers pursuant to contracts entered into by Boeing and BDS with said customers.

4. Company A was a California corporation with facilities in Anaheim, California, within the Central District of California. Company A was a subcontractor for BDS and supplied various items that BDS would provide, pursuant to contracts into which BDS had entered, to various United States government agencies, commercial companies, and foreign governments. Co-conspirator No. 1 was Chief Executive Officer of Company A and was responsible for its day-to-day operations.

B.  OBJECT OF THE CONSPIRACY

5. Beginning in or about 2008, and continuing through at least in or about February 2015, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant DECRISCIO conspired with Co-conspirator No. 1 and others known and unknown to the United States Attorney, to knowingly and willfully provide, attempt to provide, and offer to provide kickbacks, in connection with subcontracts and purchase orders under BDS's prime contracts with the United States government, in violation of Title 41, United States Code, Section 8702(1).

C. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

6. The object of the conspiracy was to be carried out, and was carried out, in substance as follows:

   a. Co-conspirator No. 1, acting as Chief Executive Officer of Company A, would submit bids to supply Boeing with parts necessary to fulfill Boeing's obligations under prime government contracts with the United States and its agencies, including the United States Air Force.

   b. Defendant DECRISCIO, as Boeing's procurement officer, would assist Co-conspirator No. 1 and Company A in obtaining Boeing purchase orders by, among other things, providing Co-conspirator No. 1 with Boeing's proprietary information that disclosed competitor pricing, thereby providing an unfair advantage to Company A in the bidding process and assuring that Boeing would award purchase orders relating to prime government contracts to Company A.

   c. In exchange for this information and unfair competitive advantage, Co-conspirator No. 1 would meet defendant DECRISCIO in person and provide defendant DECRISCIO with kickbacks in the form of cash and personal checks.

7. Between in or about 2008 and 2015, Co-conspirator No. 1 paid defendant DECRISCIO at least $155,000 in kickbacks in connection with Boeing's award to Company A of purchase orders relating to United States government contracts.

D. <u>OVERT ACTS</u>

8. On or about the following dates, in furtherance of the conspiracy, and to accomplish its object, defendant DECRISCIO, together with Co-conspirator No. 1 and others known and unknown to the United States Attorney, committed and willfully caused others to

commit the following overt acts, among others, in Los Angeles and Orange Counties, within the Central District of California and elsewhere:

<u>Overt Act No. 1</u>: In approximately 2008, defendant DECRISCIO met Co-conspirator No. 1 at Company A's place of business in Anaheim, California. During this meeting, Co-conspirator No. 1 provided defendant DECRISCIO $1,000 in cash in an envelope.

<u>Overt Act No. 2</u>: On or about November 1, 2011, defendant DECRISCIO downloaded or copied onto a compact disk a Boeing document containing pricing and proprietary information and provided the compact disk to Co-conspirator No. 1.

<u>Overt Act No. 3</u>: On or about April 19, 2012, defendant DECRISCIO blind-copied Co-conspirator No. 1, using Co-conspirator No. 1's Company A e-mail address, in an e-mail to several other Boeing officials. In the body of the e-mail, defendant DECRISCIO instructed the other officials to "Please protect the Suppliers [sic] quote, for Board review." Attached to the email was sensitive pricing information from a Company A competitor.

<u>Overt Act No. 4</u>: On or about July 29, 2014, Co-conspirator No. 1 provided defendant DECRISCIO a kickback payment in the form of a personal check in the amount of $2,104.10.

<u>Overt Act No. 5</u>: On or about December 2, 2014, Co-conspirator No. 1 provided defendant DECRISCIO a kickback payment in the form of a personal check in the amount of $1,004.

//
//
//

<u>Overt Act No. 6</u>:   On or about February 3, 2015, Co-conspirator No. 1 sent defendant DECRISCIO a text message asking defendant DECRISCIO to meet him at a McDonald's restaurant so that Co-conspirator No. 1 could pay defendant DECRISCIO a kickback payment.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

EDDIE A. JAUREGUI
Assistant United States Attorney
Major Frauds Section