[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CASE SUMMARY

Case Number: 20CR00039-FMO    Defendant Number: ___

U.S.A. v. Joseph Decriscio    Year of Birth: 1957

☐ Indictment    ☑ Information    Investigative agency (FBI, DEA, etc.): NASA OIG

FILED 2020 JAN 17 PM 3:14 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
- ☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
- ☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense: ___

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- ☑ Los Angeles  ☐ Ventura
- ☑ Orange  ☐ Santa Barbara
- ☐ Riverside  ☐ San Luis Obispo
- ☐ San Bernardino  ☐ Other ___

Citation of Offense: 18 USC 371

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ☐ Eastern (Riverside and San Bernardino)  ☑ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- ☑ No  ☐ Yes

If "Yes," Case Number: ___

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ___

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: ___
Case Number: ___
Assigned Judge: ___
Charging: ___

The complaint/CVB citation:
- ☐ is still pending
- ☐ was dismissed on: ___

**PREVIOUS COUNSEL**

Was defendant previously represented?  ☐ No  ☑ Yes
IF YES, provide Name: Kenneth White
Phone Number: 213-613-0500

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☐ No

This is the ___ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: ___

Case Number: ___

The superseded case:
- ☐ is still pending before Judge/Magistrate Judge ___
- ☐ was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☑ Other   conspiracy to pay kickbacks

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number:
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   01/15/2020

Signature of Assistant U.S. Attorney
EDDIE A. JAUREGUI
Print Name